Sibel EDMONDS, Appellant

v.

**DEPARTMENT OF JUSTICE, et al., Appellees.**

No. 04–5286.

United States Court of Appeals, District of Columbia Circuit.

May 6, 2005.

Arthur Barry Spitzer, American Civil Liberties Union of National Captial Area, Mark Steven Zaid, Krieger & Zaid, PLLC, Washington, DC, Ann Elizabeth Beeson, Melissa Allison Goodman, Benjamin Elihu Wizner, American Civil Liberties Union, New York, NY, for Appellant.

Kenneth L. Wainstein, U.S. Attorney, U.S. Attorney's Office, Douglas N. Letter, Litigation Counsel, H. Thomas Byron, III, Attorney, Peter Douglas Keisler, Gregory George Katsas, U.S. Department of Justice, Washington, DC, for Appellees.

Kevin Taylor Baine, Adam Lawrence Perlman, Kevin Hardy, Williams & Connolly, Washington, DC, for Intervenors.

Michael T. Kirkpatrick, Public Citizen Litigation Group, David Charney Vladeck, Georgetown University Law Center, Washington, DC, Amicus Curiae for Appellants.

Before GINSBURG, Chief Judge, and SENTELLE and HENDERSON, Circuit Judges.

*JUDGMENT*

This cause was considered on the record from the United States District Court and on the briefs and arguments of the parties. It is

ORDERED AND ADJUDGED that the order of the district court dismissing Edmonds' claims is hereby affirmed for the reasons given in that court's opinion, 323 F.Supp.2d 65 (D.D.C.2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.